In the Matter of the Appraisal of the Estate of JAMES T. MILLER, Deceased, under the Acts in Relation to Taxable Transfers of Property. EUGENE M. TRAVIS, Comptroller of the State of New York, Appellant; THE AMERICAN INSTITUTE FOR SCIENTIFIC RESEARCH and Others, Respondents.— Order reversed and original order entered upon the report of the

appraiser affirmed, with costs.    Held, that The American Institute for Scientific Research, the respondent, is not an educational corporation within the meaning of section 221 of the Tax Law.    All concurred.